# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>                Plaintiff,<br><br>vs.<br><br>NICHOLS TRUCKING CO. INC.,<br><br>                Defendant. | Adv. Proc. No. 25-50846 (TMH) |

### ORDER APPROVING STIPULATION FOR FURTHER EXTENSION OF TIME FOR THE DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Upon consideration of the *Stipulation for Further Extension of Time for the Defendant to Answer or Otherwise Respond to the Complaint* (the "<u>Stipulation</u>") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1. The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4906-7406-6521.4 57097.001

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: October 30, 2025  
Wilmington, Delaware

_____  
Thomas M. Horan  
United States Bankruptcy Judge