**EXHIBIT 1 TO ORDER**

4906-7406-6521.6 57097.001

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[3]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLS TRUCKING CO. INC.,<br><br>Defendant. | Adv. Proc. No. 25-50846 (TMH) |

**STIPULATION FOR FURTHER EXTENSION**
**OF TIME FOR THE DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO**
**THE COMPLAINT**

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Christmas Tree Shops LLC, *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant Nichols Trucking Co. Inc. (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Further Extension of Time for Defendant to Answer or Otherwise Respond to the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

---

[3]  The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

1. The Parties agree and stipulate that the time within which the Defendant may answer or otherwise respond to the *Complaint* [D.I. 3] in the above-captioned adversary proceeding is hereby further extended to and including January 22, 2026.

2. Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| | |
|---|---|
| Dated: December __, 2025 | Dated: December __, 2025 |
| PACHULSKI STANG ZIEHL & JONES LLP | GELLERT SEITZ BUSENKELL & BROWN LLC |
| */s/ Peter J. Keane* <br> Bradford J. Sandler (DE Bar No. 4142) <br> Peter J. Keane (DE Bar No. 5503) <br> Edward A. Corma (DE Bar No. 6718) <br> 919 North Market Street, 17th Floor <br> P.O. Box 8705 <br> Wilmington, DE 19899-8705 (Courier 19801) <br> Telephone: (302) 652-4100 <br> Facsimile: (302) 652-4400 <br> Email: bsandler@pszjlaw.com <br>        pkeane@pszjlaw.com <br>        ecorma@pszjlaw.com <br><br> *Counsel to Plaintiff George L. Miller, Chapter 7 Trustee of Christmas Tree Shops, LLC, et al.* | */s/ Holly S. Miller* <br> Holly S. Miller, Esq. <br> 901 Market Street, Suite 3020, 3rd Floor <br> Philadelphia, PA 19107 <br> Telephone: (215) 238-0012 <br> Email: hsmiller@gsbblaw.com <br><br> *Counsel to Defendant Nichols Trucking Co. Inc.* |